*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| ROBERT ANDERSON, | ) | |
| LISA ANDERSON, | ) | Case No. 0:17-BK-05358-PS |
| Debtors. | ) | |
| LAWRENCE J. WARFIELD, TRUSTEE, | ) | **Adversary No. 0:18-AP-00044** |
| Plaintiff, | ) | |
| v. | ) | |
| ROBERT ANDERSON, LISA ANDERSON, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Terry A. Dake**
of *TERRY A. DAKE, LTD.*
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133

certify:

   I am, and all times hereinafter mentioned was, more than 18 years of age;

   On February 7, 2018, I served a copy of the Summons issued on February 7, 2018, together with the Complaint filed in this proceeding, by mailing those papers via the United States Postal Service, to the following persons at the addresses indicated:

```
 1  ROBERT ANDERSON
    1618 E. FLAME BUSH ST.
 2  KINGMAN, AZ 86409

 3  LISA ANDERSON
    1618 E. FLAME BUSH ST.
 4  KINGMAN, AZ 86409

 5  ADAM E. HAUF
    HAUF LAW, PLC.
 6  8102 N. 23rd Ave.
    SUITE E
 7  PHOENIX , AZ 85021
    623-252-0742
 8  Fax : 623-321- 2310
    Email: adam@haufla w.com
 9

10       I certify under penalty of perjury that the foregoing is true
    and correct.
11

12  Executed on February 7, 2018.

13

14   /s/ TD009656
    Terry A. Dake
15
```

                                    2